United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNE BEADLE, | Case No. 22-cv-01533-JSC |
| Plaintiff, | |
| v. | **PRETRIAL ORDER NO. 1** |
| SYMETRA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Upon review of the parties' amended joint case management conference statement (Dkt. No. 24), the Court vacates the June 16, 2022 case management conference and orders as follows:

| | |
|---|---|
| Deadline to Move or Stipulate to Amend Pleadings: | July 15, 2022 |
| Deadline to Engage in Private ADR: | September 1, 2022 |
| Deadline to Lodge Administrative Record: | September 1, 2022 |
| Deadline to File Joint Discovery Dispute Letters: | August 18, 2022 |
| Close of Fact Discovery, if any: | September 1, 2022 |
| Deadline for Simultaneous Rule 52 Opening Briefs: | October 1, 2022 |
| Deadline for Simultaneous Rule 52 Responsive Briefs: | November 1, 2022 |
| Deadline for Simultaneous Findings of Fact and Conclusions of Law: | November 1, 2022 |
| Hearing on Rule 52 Briefing: | November 17, 2022 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: June 16, 2022

JACQUELINE SCOTT CORLEY
United States District Judge